FILED
CLERK, U.S. DISTRICT COURT
NOV 19 2026
CENTRAL DISTRICT OF CALIFORNIA
BY AF DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DANIEL ANGEL,<br>Defendant. | Case No. CR26-00740-PA<br>ORDER OF DETENTION |

I.

On November 19, 2026, Defendant Daniel Angel made his initial appearance on the Indictment filed in this matter. Carlos Juarez, a member of the CJA panel, was appointed to represent Defendant. The government was represented by Assistant United States Attorney Diane Roldan. Defendant submitted on the

recommendation of detention in the report prepared by United Probation and Pretrial Services.

☒

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the report and recommendation prepared by U.S. Probation and Pretrial Services.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒ limited bail resources - Defendant's proffered surety is the individual named in a protection order against Defendant.

☒ criminal history includes charges for failure to appear and numerous violations of probation and community supervision conditions

☒ history of substance use

As to danger to the community:

☒ Defendant charged with (1) conspiracy to commit interstate railroad cargo theft, possession or receipt of stolen interstate railroad cargo, and violence against railroad carriers; (2) theft and possession of interstate railroad cargo; and (3) violence against railroad carriers. The alleged conspiracy involves the burglary of more than 70 train containers and stolen cargo worth over $22 million. Defendant's alleged role involved renting or using trucks and vans to drive burglars to the train tracks, acting as a lookout, and assisting in unloading and transporting stolen cargo to stash locations, and possessing stolen cargo.

☒ extensive criminal history includes (1) felony convictions for burglary, inflicting corporal injury on spouse or co-habitant, vehicle theft, and grand theft; (2) misdemeanor convictions for drug related offenses, battery on spouse, vandalism, and driving with a suspended license; and (3) numerous law enforcement contacts for controlled substance violations, vehicle theft, forgery, burglary, reckless driving, and parole violations.

☒ unrebutted presumption

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will

deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: November 19, 2026

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE